**ICE MILLER LLP**
Jessa DeGroote, Esq. (Attorney ID: 166392016)
One American Square, Ste. 2900
Indianapolis, IN 46282
Phone: (317) 236-2100
Jessa.DeGroote@icemiller.com

Michael B. Pascoe, Esq. (*Pro Hac Vice* forthcoming)
600 Superior Avenue East, Suite 1600
Cleveland, OH 44114
Phone: (216) 394-5074
Michael.Pascoe@icemiller.com

Amy E. Flowers, Esq. (*Pro Hac Vice* forthcoming)
250 West Street, Suite 700
Columbus, Ohio 43215
Phone: (614) 462-2700
Amy.Flowers@icemiller.com

*Counsel for Defendant, BGIS Integrated Technical*
*Services, US, LLC, f/k/a Millian Aire Enterprises, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY SNYDER, | : |
| Plaintiff, | : CASE NO. 3:26-CV-2374 |
| v. | : |
| BGIS INTEGRATED TECHNICAL SERVICES, US, LLC F/K/A MILLIAN AIRE ENTERPRISES, LLC, et al. | : (Removed from Superior Court of New Jersey, Monmouth, County; Docket No. MON-L-105-26) |
| Defendants. | : |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant BGIS Integrated Technical Services US,

LLC, f/k/a Millian Aire Enterprises, LLC ("Defendant") with a principal place of business located

at 9942 State Road 52, Hudson, Florida 34669, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446,

1

4926-9006-0947.2

by and through its counsel, hereby files its Notice of Removal of this case filed by Plaintiff, Bradley Snyder ("Plaintiff"), with a last known address of 2023 Longview Ave., Rosedale, Maryland 21237, from the Superior Court of New Jersey, Monmouth County ("State Court"), to the United States District Court for the District of New Jersey. This action is properly removable because this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. In support of this Notice of Removal, Defendant states as follows:

1.    On February 3, 2026, Plaintiff filed a Complaint in State Court titled *Bradley Snyder v. OMG, Inc., BGIS Integrated Technical Services, US, LLC, f/k/a Millian Aire Enterprises, LLC, a limited liability corporation, and John Does 1-5, and XYZ Corporations 1-5*; and docketed as Number MON-L-105-26 ("Complaint").

2.    Defendant was served with, and first received, the Summons and Complaint on February 6, 2026.

3.    Pursuant to 28 U.S.C. § 1446(a), attached to this Notice of Removal as Exhibit 1 is a true and correct copy of the original State Court case file.

### REMOVAL BASIS

4.    This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332(a) and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

5.    A federal court possesses original jurisdiction over a matter when, *inter alia*, "there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000." 28 U.S.C. § 1332(a).

6.    Plaintiff alleges in the Complaint he is "a 31-year-old male who at all relevant times herein, has been a resident of the State of Maryland." (Exhibit 1, Complaint at ¶ 1).

7.    Plaintiff alleges that Defendant operates in the State of New Jersey. (Exhibit 1, Complaint at ¶ 2).  However, Defendant is a Florida-organized limited liability company with its principal place of business at 9942 State Road 52, Hudson, Florida 34669.

8.    Defendant's sole member is BGIS Global Integrated Solutions US LLC, a Washington-organized limited liability company with its principal place of business at 210 South Hudson Street, Suite 318, Seattle, WA 98134.

9.    The sole member of BGIS Global Integrated Solutions US LLC is BGIS Global Integrated Solutions US Holdings LLC, a Delaware-organized limited liability company with its principal place of business at 210 South Hudson Street, Suite 318, Seattle, WA 98134.

10.    The member of BGIS Global Integrated Solutions US Holdings LLC is BIFM US Buyer, Inc., a Delaware corporation with its principal place of business at 1100 5th Avenue S., Suite 100, Naples, Florida 34102.

11.    Plaintiff alleges several fictious Defendants including "John Does 1-5 and XYZ Corporations 1-5" which shall be disregarded in determining whether removal is appropriate based on diversity of citizenship under 28 U.S.C. § 1441(b)(1). (Exhibit 1, Complaint ¶ 3.)

12.    Because Plaintiff is a citizen of Maryland and Defendant's members (and the members of its members) are citizens of Delaware, Florida, and Washington, complete diversity of citizenship exists under 28 U.S.C. § 1332(a)(1).

13.    When the initial pleading does not specify the amount in controversy, "removal of the action is proper on the basis of an amount in controversy … if the district court finds, by a preponderance of the evidence, that the amount in controversy exceeds" $75,000. 28 U.S.C. § 1446(c)(2)(B).

3

14.     Plaintiff alleges four (4) different counts to which he demands an award for "compensatory damages, including but not limited to, back pay and benefits, front pay and benefits, consequential damages, punitive damages, emotional distress damages, equitable relief, prejudgment interest, attorney fees, cost of suit, and expenses with an appropriate enhancement[.]" (Exhibit 1, Complaint at WHEREFORE clauses for all Counts). Moreover, Plaintiff demands additional damages related to "pain and humiliation" as to the Fourth Count. (Exhibit 1, Complaint at WHEREFORE clause).

15.     Although Defendant denies that it engaged in any wrongdoing and further denies that Plaintiff is entitled to any relief sought, Plaintiff's demand for relief seeks an award in excess of $75,000, exclusive of interest and costs.

16.     Based on the foregoing, this is an action over which this Court has jurisdiction under 28 U.S.C. § 1332(a) based on complete diversity of citizenship between the parties and an amount in controversy exceeding $75,000. Therefore, this action may be removed pursuant to 28 U.S.C. § 1441.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS FOR REMOVAL

17.     Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely because it is filed less than thirty (30) days "after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based …[.]"

18.     Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of the removal of this action to Plaintiff, through his counsel, and file a copy of the Notice with the Clerk of the State Court.

19.    Also filed with this Notice of Removal, pursuant to Local Civil Rule 5.1(e) is the Civil Cover Sheet, Corporate Disclosure Statement, Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1(a)(2), and all documents required to be filed under the Federal Rules of Civil Procedure, the Local Civil Rules, and/or 28 U.S.C. § 1446(a).

## VENUE

20.    Venue is proper in the United States District Court for the District of New Jersey because it is the district court of the United States for the district within which the State Court action is pending. 28 U.S.C. § 1446(a).

## NON-WAIVER OF DEFENSES

21.    In the filing of this Notice of Removal, Defendant does not admit any of the allegations in Plaintiff's Complaint. Defendant does not waive and expressly reserve all objections and defenses available under Fed. R. Civ. P. 12(b) and any other rules applicable to this cause of action.

22.    Defendant reserves the right to amend or supplement this Notice of Removal.

23.    If any question arises as to the propriety of the removal of this action, Defendant requests the opportunity to brief any disputed issues in support of their positions that this action is properly removable.

**WHEREFORE,** based upon the foregoing, this action is properly removed from the Superior Court of New Jersey, Monmouth County to the United States District Court for the District of New Jersey for all further proceedings.

Respectfully submitted,

/s/ Jessa DeGroote
Jessa DeGroote (Attorney ID: 166392016)
**ICE MILLER LLP**
One American Square, Ste. 2900
Indianapolis, IN 46282
Phone: (317) 236-2100
Jessa.DeGroote@icemiller.com

Michael B. Pascoe
*Pro Hac Vice Admission forthcoming*
**ICE MILLER LLP**
600 Superior Avenue East, Suite 1600
Cleveland, OH 44114
Phone: (216) 394-5074
Michael.Pascoe@icemiller.com

Amy E. Flowers
*Pro Hac Vice Admission forthcoming*
**ICE MILLER LLP**
250 West Street, Suite 700
Columbus, Ohio 43215
Phone: (614) 462-2700
Amy.Flowers@icemiller.com

*Counsel for Defendant, BGIS Integrated Technical Services, US, LLC, f/k/a Millian Aire Enterprises, LLC*

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

1.      I hereby certify that to my knowledge, the matter in controversy is not the subject of any other action pending in any court or of a pending arbitration proceeding.

2.      To my knowledge, no other action or arbitration proceeding is contemplated.

3.      I have no knowledge at this time of any other party who should be joined to this action.

/s/ Jessa DeGroote
Jessa DeGroote (Attorney ID: 166392016)

*Counsel for Defendant, BGIS Integrated Technical Services, US, LLC, f/k/a Millian Aire Enterprises, LLC*

7

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via the Court's electronic filing system and served by email on March 6, 2026, upon the following:

Kristen Ragon, Esq.
Goldman Davis Krumholz & Dillon, P.C.
3 University Plaza, Suite 410
Hackensack, New Jersey 07601
kragon@goldmandavis.com

/s/ Jessa DeGroote
Jessa DeGroote (Attorney ID: 166392016)

8